1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9  ROBERT TRACEY SPENCER,

10          Plaintiff,

11      v.

12  CAROL PORTER,

13          Defendant.

Case No. C06-5310 RJB/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

14      The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

15  Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

16  hereby find and ORDER:

17      (1)    The Court adopts the Report and Recommendation;

18      (2)    Plaintiff's Complaint (Dkt. # 5) is **DISMISSED WITH PREJUDICE**; and

19      (3)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. Karen

20              L. Strombom.

21

22      DATED this 18th day of September, 2006.

23

24                                              Robert J. Bryan
                                                United States District Judge

25

26  ORDER - 1